IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO.** |
| : | **21-461-1** |
| vs. : | |
| : | |
| **TAUQEER LEONARD** : | |
| : | |

**ORDER**

**AND NOW**, this 8th day of June, 2022, upon consideration of Defendant's Motion to Suppress (ECF No. 16) and all documents submitted in support thereof and in opposition thereto, and after a hearing held on March 23, 2022, it is **ORDERED** that Defendant's Motion to Suppress is **DENIED** for the reasons set forth in the Memorandum issued concurrently herewith.

**IT IS FURTHER ORDERED** that the period of delay resulting from Defendant's Motion shall be computed and entered in the record as excluded for Speedy Trial Act purposes in accordance with 18 U.S.C. 3161 §§ (h)(1)(D) and (h)(1)(H).

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**